UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SOUTHWEST CENTER FOR<br>BIOLOGICAL DIVERSITY *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 98-0934 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 20, 26 |
| | : | | |
| GALE NORTON, Secretary,<br>U.S. Department of the Interior, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**O R D E R**

Upon consideration of the report and recommendation submitted to this court by Magistrate Judge John M. Facciola and the parties' responses thereto, it is this 24th day of May, 2004,

**ORDERED** that the report and recommendation submitted by Magistrate Judge Facciola and the findings made therein are **HEREBY ADOPTED** in total as the opinion of this court, **EXCEPT THAT** the court declines to adopt the finding that Vancouver Island is a "significant portion" of the goshawk's range and instead directs the Fish & Wildlife Service, upon remand, to reconsider and explain its determination as to whether Vancouver Island is a "significant portion" of the goshawk's range, and assess whether the goshawk is threatened or endangered on Vancouver Island. *Accord Defenders of Wildlife v. Norton*, 258 F.3d 1136, 1146 (9th Cir. 2001) (remanding the case to the Secretary of the Interior to explain her conclusions regarding the range of the flat-tailed horned lizard in light of the court's ruling); *Defenders of Wildlife v. Norton*, No. 00-2996, slip op. at 24-26 (D.D.C. Dec. 26, 2002) (remanding the case to the Fish & Wildlife Service "for reconsideration and explanation consistent with the court's ruling" regarding the

range of the Canada lynx).

**SO ORDERED**.

RICARDO M. URBINA  
United States District Judge